IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WAYNE G. LOVELY, | : | |
| Plaintiff, | : | |
| | : | Case No. 3:06cv169 |
| vs. | : | |
| | | JUDGE WALTER HERBERT RICE |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

---

DECISION AND ENTRY OVERRULING, WITHOUT PREJUDICE,
DEFENDANT'S MOTION TO DISMISS (DOC. #7)

---

In response to Plaintiff's Complaint (Doc. #1), in which he set forth a claim under the Privacy Act, 5 U.S.C. § 552a, the Defendant filed a Motion to Dismiss (Doc. #7). Subsequently, the Plaintiff obtained leave of Court to file his Amended Complaint (Doc. #16), with which he added a claim under the Federal Tort Claims Act. In response to the Privacy Act claim set forth in that amended pleading, the Government has submitted its Second Motion to Dismiss (Doc. #19), which incorporates its briefing on its earlier motion.[1] Given that the Defendant's initial motion (Doc. #7) has been superseded by its second motion (Doc. #19), the Court overrules the Defendant's Motion to Dismiss (Doc. #7), without prejudice. In ruling

---

[1] The Defendant has filed a separate motion, with which it seeks dismissal of the claim under the Federal Tort Claims Act. See Doc. #18.

- 2 -

upon Defendant's Second Motion to Dismiss (Doc. #19), the Court will consider the parties' briefing on the initial such motion.

March 29, 2007

                                      /s/ Walter Herbert Rice
                                      WALTER HERBERT RICE, JUDGE
                                      UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record.